## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| JONATHAN MOORE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>APOLLO ENDOSURGERY, INC., JOHN )<br>BARR, JEANNETTE BANKES, WILLIAM )<br>D. MCCLELLAN, JR., R. KENT )<br>MCGAUGHY, JR., CHAS MCKHANN, )<br>SHARON O'KEEFE, DAVID C. PACITTI, )<br>and JULIE SHIMER, )<br>)<br>Defendants. )<br>)<br>) | Case No. 1:23-cv-00044-CFC<br><br>JURY TRIAL DEMANDED |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated: February 14, 2023

By:

**LONG LAW, LLC**

*/s/ Brian D. Long*
Brian D. Long (#4347)
3828 Kennett Pike, Suite 208
Wilmington, DE 19807
Telephone: (302) 729-9100
Email: BDLong@longlawde.com

*Attorneys for Plaintiff*